UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLSEN L. KEY JR.,
 :
 : ORDER
            Plaintiff, 05 Civ. 10461 (SHS) (GWG)
 :
    -v.-
 :
SERGEANT A. TANOURY, et al.,
 :
            Defendants. :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Papers in opposition to defendant's motion for summary judgment were due on April 17, 2009. It appears that plaintiff has failed to submit any papers in opposition to this motion. While plaintiff has raised certain discovery disputes, his raising of these disputes did not relieve him of the obligation to respond timely to the defendants' motion. The motion for summary judgment could now potentially be granted on default.

    The Court will discuss both matters – plaintiff's failure to respond to the summary judgment motion and the discovery dispute raised in plaintiff's letter of April 7, 2009 – at a telephone conference to be held on May 5, 2009 at 10:00 a.m.

    Defendants are hereby ORDERED to arrange for plaintiff's availability at such date and time, and to arrange the call. In the event the date and time are inconvenient, application may be made for a different date and time.

    SO ORDERED.

Dated: April 27, 2009
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies to:

Olsen Leonard Key, Jr.
03-A-3031
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871-2000


Inna Reznick
Assistant Attorney General
120 Broadway
New York, NY  10271-0332