```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLSEN L. KEY, JR., : 05 Civ. 10461 (SHS)

             Plaintiff, :

    -against- : ORDER

SERGEANT TOUSSAINT, OFFICER MOSCOSO,: 
*ET AL.*,
                                      :
            Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On September 10, 2009, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation recommending that defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 be granted. The Court's records indicate that as of today, no objections have been filed by any party.

        After a *de novo* review of the Report and Recommendation,

        IT IS HEREBY ORDERED that Magistrate Judge Gorenstein's Report and Recommendation is adopted and defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 [68] is granted.

Dated: New York, New York
        September 29, 2009

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.